27 F.3d 561
 WVCH Communications, Inc., Moffitt (Thomas H., Alice E.)
v.
Upper Providence Township, Upper Providence Township Zoning
Hearing Board, Rhone-Poulenc Rorer Pharmaceutical, Inc.,
Sterling Group, Tiefenthaler (Sue); WVCH Communications,
Inc., Moffitt (Thomas H., Alice E.) v. Kalil (Walter), Hess
(Clay), Kalil Printing, Inc., School Board of Spring-Ford School
 NOS. 93-1711, 93-1712
 United States Court of Appeals,
Third Circuit.
 May 04, 1994
 
 Appeal From: E.D.Pa.,
 Buckwalter, J.
 
 
 1
 AFFIRMED.